UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL BRAVO FLORES, et al, <br> Plaintiffs, <br> vs. <br> NATURE TECH LANDSCAPING, & JEFF SIGNOR, <br> Defendants. | No. EDCV 07-00081-JLQ <br><br> CLASS ACTION <br><br> ORDER TO SHOW CAUSE |

This action was initiated on January 19, 2007 and through its three and one-half year history has been denoted by the lack of prosecution and failure to comply with court Orders. (See Clerk's Record 103 and 105).

Pursuant to the Joint Motion For Preliminary Approval of Class Action Settlement (C.R. 106) the court heard from counsel in Riverside, California on July 15, 2010. While expressing reservations concerning the terms of the proposed class settlement, a matter reserved for the October 21, 2010 hearing, the court discussed the proposed language to be contained in the Notice of Hearing to be served and distributed for the October 21, 2010 hearing on the proposed settlement. The court directed counsel to prepare the proposed Notice with the court's suggestions **within 15 days** and submit the Notice. THE COURT HAS NOT RECEIVED THE PROPOSED NOTICE.

Counsel are advised that unless good cause is shown within ten (10) days from the date of this Order, the class action settlement hearing previously set for October 21, 2010 will be stricken and all pending pretrial motions set for hearing on October 21, 2010.

The Clerk shall enter this Order and furnish copies to counsel.

Dated August 16, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1